## Commonwealth ex rel. Rubino *v.* Rubino, Appellant.

Submitted November 12, 1973. *James B. Ceris,* for appellant; *Martin Lubow,* and *Rosenberg & Lubow,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Edmonson Appeal.

Submitted December 10, 1973. *Joseph C. Mesics,* Public Defender, for appellant; *Francis Jeffers, Robert J. G. Benson,* and *Robert W. Chronister,* for appellee.

Order affirmed.

SPAULDING, J., absent.